IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ROMIE H. WILLIAMS,
        Plaintiff,
   v.                                    **Judgment in a Civil Case**
NC DEPARTMENT OF PUBLIC SAFETY,
and ROANOKE RIVER,
        Defendants.                Case Number: 5:22-CT-3085-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

This Judgment Filed and Entered on December 28, 2022, with service on:
Romie H. Williams, #0444481      (via U.S. Mail)
Roanoke River Correctional Institution
P.O. Box 137
Tillery, NC 27887

December 28, 2022                                    Peter A. Moore, Jr.
                                                          Clerk of Court

                                                         By: *[signature: Stephanie Mann]*
                                                             Deputy Clerk